IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSOCIATION OF PUBLIC-SAFETY COMMUNICATIONS OFFICIALS INTERNATIONAL, INC.<br><br>     Plaintiff,<br>v.<br><br>COUNTY OF ALLEGHENY, PA.<br><br>     Defendant. | Civil Action No. 2:19-cv-01353-MPK |

## STIPULATION OF DISMISSAL

The Association of Public-Safety Communications Officials International, Inc., Plaintiff, and the County of Allegheny, PA, Defendant, by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, with prejudice, each party to bear its own fees and costs.

            /s/ David Scotti
            David Scotti
            Scotti Law Group
            1910 Cochran Road
            Suite 441
            Pittsburgh, Pennsylvania 15220
            (412) 892-8876
            dascotti@scottilaw.net


            /s/ James E. Edwards, Jr.
            James E. Edwards, Jr. (admitted *pro hac vice*)
            Baker, Donelson, Bearman,
             Caldwell & Berkowitz, P.C.
            100 Light Street
            Baltimore, Maryland  21202
            410-862-1130
            jedwards@bakerdonelson.com

            *Attorneys for Association of Public-Safety*
            *Communications Officials International, Inc.*

/s/ Virginia S. Scott
Virginia S. Scott
County Solicitor's Office
Allegheny County, Pennsylvania
445 Fort Pitt Boulevard, Suite 300
Pittsburgh, Pennsylvania 15219-1309
virginia.scott@alleghenycounty.us

*Counsel for County of Allegheny, PA*

SO ORDERED:

~~Magistrate Judge,~~ United States District Court
For The Western District of Pennsylvania
William S. Stickman IV
United States District Judge